F I L E D
Clerk
District Court

JUL 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,           )
                                    )
         Plaintiff,                 )       No. CR 04-00038
                                    )
vs.                                 )
                                    )
ERIC JOHN TUDELA MAFNAS,            )
CHARLEY K. PATRIS, and              )
CARL CABRERA,                       )
                                    )
         Defendants.

**AFFIDAVIT OF SELF-AUTHENTICATION
PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**

I, Monica P. Ada, declare and certify under penalty of perjury, that the following is true and correct:

1)   I am employed as a Criminalist III with the Guam Police Department Forensic Science Division Laboratory in Tiyan Guam, and have been so employed for 12 years, 7 months. The regular duties of the Forensic Science Division Laboratory involve, among other work, the analysis of various substances forwarded to the laboratory by law enforcement agencies. As a Criminalist with the Guam Police Department Laboratory, my regular duties include analysis of these substances, as well as the documentation of my findings in written lab reports. The laboratory makes and maintains these lab reports in the regular course of its activities as a matter of regular practice.

2)  During the course of my duties as a Criminalist, I analyzed substances forwarded to the Guam Laboratory by CNMI D.P.S. officers in connection with CNMI Case number 02-004533. The substances submitted for analysis were assigned Crime Laboratory Number **13348**, and involved evidence seized on May 3, 2002.

3)  After completing my analysis, I prepared a report of my findings. A true and accurate copy of the report and the related laboratory receipt are attached as Government Exhibits A and B.

4)  The report is a domestic record made by me at or near the time of my analysis of the substances involved.

5)  As a result of my analysis of the substances, I have personal knowledge of the matters contained in the attached report.

6)  The report was made and kept in the course of the regularly conducted business activities of the Guam Forensic Science Division Laboratory and it is the regular business activity of the laboratory to document analyses conducted by Criminalists.

7)  At the time I prepared the attached report, the making and maintaining of such records was the regular business practice of the Guam Forensic Science Division Laboratory.

Executed on this 15th day of July, 2005.

Monica P. Ada, Criminalist
Guam Police Department
Forensic Science Division Laboratory

UNITED STATES TERRITORY OF GUAM )
                                ) SS
                                (

On this 15/th day of July, 2005, before me, a Notary Public in and for the United States Territory of Guam, personally appeared **MONICA P. ADA**, who is personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the date first above-written.

_____
NOTARY PUBLIC

*Doris C. Garrido*
Notary Public
in and for Guam, U.S.A.
My Commission Expires: December 31, 2007
P.O. Box 20045
Barrigada Guam 96921


EXHIBIT A

# GUAM POLICE DEPARTMENT
# LABORATORY REPORT

Page 1 of 1

| CLASSIFICATION | SEAL TYPE |
|---|---|
| Illegal Possession of Controlled Substance | ■ Intact ☐ Broken ☐ None  Tape |

| EVENT NUMBER | LAB NUMBER | LATENT PRINT NUMBER | DATE / TIME RECEIVED |
|---|---|---|---|
| CNMI 02-004533 | 13348 | N/A | 08/16/02 0918 hours |

| SUSPECT NAME(S) | VICTIM NAME(S) |
|---|---|
| M.C. & I.N. | N/A |

| SUBMITTING OFFICER / AGENT & I.D. NUMBER | SUBMITTING AGENCY | ☐ GPD  ■ other  CNMI Dept. of Public Safety |
|---|---|---|
| J. Taimanao | | |

| CONFISCATING OFFICER / AGENT & I.D. NUMBER | CONFISCATING AGENCY | ☐ GPD  ■ other  CNMI Dept. of Public Safety |
|---|---|---|
| Eric Mafnas | | |

■ DRUG  ☐ BLOOD  ☐ FIREARMS  ☐ LATENT PRINTS
☐ TOXICOLOGY  ☐ SEMEN  ☐ TOOL MARK  ☐ FIRE
☐ OTHER (specify):

| ITEM NO. | DESCRIPTION |
|---|---|
| 1. | One (1) tape-sealed brown envelope with case information written on it, containing one (1) black, soft case containing: One (1) folded piece of cardboard; and Four (4) reclosable plastic bags containing a total of twenty-one (21) reclosable plastic bags (10, 5, 3 and 3 respectively) each containing white crystalline substance. |

**TEST RESULTS / COMMENTS:**

1. Substance identified to contain methamphetamine.

   Total Weight Received:     46.40 grams, net

   Sample Weight Removed:   5.490 grams, net
   Sample Weight Retained:    5.464 grams, net
   Sample Weight Consumed: 0.026 gram

| EXAMINED BY | DATE | APPROVED BY |
|---|---|---|
| M.P. ADA, Criminalist I | 05/01/03 | |

**EXHIBIT D**

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**DEPARTMENT OF PUBLIC SAFETY**

**13348**

**EVIDENCE/PROPERTY CUSTODY RECEIPT**

DPS - CST 95-005

CONTROL NO. 020203 (01)

TYPE OF CRIME: Illegal Possession of Controlled Substance
CASE NO. D2-004533
LAB. NO. 13348

Procured from (Name and Exact Location): Purple Purse inside Which bearing LP# ABH-990 in Central Garage Paradise Poker Parking lot.

Time: ___  Date: 5-3-02  Place: Paradise Poker Garden  Circumstance: Evidence

How marked for identification: Each brown envelope has description of items inside the envelope.

Obtained by: Det. Eric Malnas  Witness: Det. Charlie Patris

| Item No. | Qty. | Description of Property | Disposal Action |
|---|---|---|---|
| 1 | 1 | 1 black soft casing containing 4 ziploc bags which contain a total of 21 ziploc bags with Crystalmethamphetamines. In brown envelope. | Secure for Evidence |
| 2 | 1 | 1 brown envelope containing U.S./Japanese Currency with amount written on it ($19,425.00) | |
| 3 | 2 | Tanita Scales model 1479N and 1475. One is color Gray, and one is color white. | |
| 4 | 1 | Cell Phone belongs to Marable. Silver color | |
| 5 | 1 | Black LeSportSac bag containing ziploc bags. | |
| 6 | 1 | Brown wallet containing loose papers with numbers, and a paper made Scoop (spoon) | |

**Chain of Custody**

| Item Number | Date/Time | Relinquished by | Received by | Purpose of Change of Custody |
|---|---|---|---|---|
| 1 thru 6 | 5/6/02 1500 Hrs | Name Eric J.T. Malnas / Signature | Name J. Taimanao / Signature | Secured |
| #1 only | 8/16/02 9:18 am | Name J. Taimanao / Signature | Name M.P. Ada, CI / Signature | Analysis |
| #1 only | 5/9/03 0920 hrs | Name M.P. Ada, CI / Signature | Name J. Taimanao / Signature | Return to submitting agency |
| | | Name / Signature | Name / Signature | |
| | | Name / Signature | Name / Signature | |
| | | Name / Signature | Name / Signature | |

REMARKS:

DISPOSAL ACTION: Indicate in disposal action column, by letter code, type of action. CODES: (A) Returned to submitting agency (C) Superior Court (D) Destroyed (F) District Court (I) Returned to individual or owner (M) Other method-explain in remarks. If disposal action is (I), Complete the following: Released of article(s) indicated as item(s) number.
Authorized by: _____