**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | August 3,4, 2005 |
| vs. | ) | |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | **REPORTER'S TRANSCRIPT OF** |
| CHARLEY K. PATRIS, | ) | **CARL CABRERA'S TESTIMONY AT TRIAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED
Clerk
District Court

JAN 3 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:    Timothy Moran & Jamie D. Bowers
                  Assistant United States Attorneys
                  MARIANAS DISTRICT
                  Horiguchi Building, Third Floor
                  P. O. Box 500377
                  Saipan, MP 96950
                  Telephone: (670) 236-2986
                  Facsimile: (670) 236-2945

For Defendant
  Mr. E.J.T. Mafnas:  Stephanie Flores & Victorino Torres
                  Attorneys at Law
                  Torres Brothers P.C.
                  P. O. Box 501856
                  Saipan, MP 96950
                  Telephone: (670) 233-5506
                  Facsimile: (670) 233-5510