F I L E D
Clerk
District Court

FEB -8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00038 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NOTICE REGARDING |
| ) | SENTENCING |
| ERIC JOHN TUDELA MAFNAS ) | |
| and CHARLEY K. PATRIS, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

THE COURT has before it defendants' statement that this court lacks jurisdiction to continue with their sentencing because of the interlocutory appeal they have taken.[1] Plaintiff has filed a memorandum asserting that the court retains jurisdiction.

---

[1] Defendants have appealed the court's order denying their motion to dismiss the indictment against them as a post-conviction, pre-sentencing remedy for an alleged double jeopardy violation.

AO 72
(Rev. 8/82)

Because there is no motion properly before the court, and because the court finds defendants' assertion that the court has been divested of jurisdiction by their interlocutory appeal unpersuasive under the law and facts of this case, and to avoid confusion and unnecessary delay, the court reiterates that defendants will be sentenced on the dates previously set; that is, defendant Mafnas will be sentenced on February 13, 2006, and defendant Patris will be sentenced on February 17, 2006.

DATED this 8th day of February, 2006.

*Alex R. Munson*

ALEX R. MUNSON
Judge