LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:            (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

MAR - 9 2006

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL CABRERA,<br><br>        Defendant. | Criminal Case No. 04-00038-03<br><br>**MOTION TO DISMISS INDICTMENT AND ORDER** |

The United States respectfully moves for an order dismissing the Indictment in this case as to this defendant.

Dated: March 9, 2006

LEONARDO M. RAPADAS
United States Attorney

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney
District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE