ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | Friday, July 29, 2005 |
| vs. | ) | |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | REPORTER'S TRANSCRIPT OF |
| CHARLEY K. PATRIS, | ) | ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| | ) | AND MOTION FOR TRIAL CONTINUANCE |
| Defendants. | ) | |
| _____ | ) | |

F I L E D
Clerk
District Court

AUG 3 1 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, and
THE HONORABLE DESIGNATED JUDGE DAVID A. WISEMAN
FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES**:

| | |
|---|---|
| For Plaintiff: | Jamie D. Bowers and Timothy Moran |
| | Assistant United States Attorneys |
| | MARIANAS DISTRICT |
| | Horiguchi Building, Third Floor |
| | P. O. Box 500377 |
| | Saipan, MP 96950 |
| | Telephone: (670) 236-2986 |
| | Facsimile: (670) 236-2945 |
| | |
| For Defendant Mr. E.J.T. Mafnas: | Stephanie Flores & Victorino Torres |
| | Attorneys at Law |
| | Torres Brothers P.C. |
| | P. O. Box 501856 |
| | Saipan, MP 96950 |
| | Telephone: (670) 233-5506 |
| | Facsimile: (670) 233-5510 |

2

| | | |
|---|---|---|
| For Defendant<br>   Mr. C.K. Patris: | Perry Inos<br>Attorney at Law<br>P. O. Box 502017<br>Saipan, MP 96950<br>Telephone: (670) 235-9006<br>Facsimile: (670) 235-9007 | |
| Also Present: | Defendants Mafnas & Patris<br>Joseph Auther, Special Agent, FBI, case agent &<br>Eric Gregoire, Computer Technical Assistant of<br>U.S. Attorney's Office | |

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950